DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NEVILLE BAKER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2085

[November 7, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara McCarthy, Judge; L.T. Case No. 09-20305CF10A.

Neville Baker, Doral, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, DAMOORGIAN and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***